USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

POLARGRID LLC,

          Plaintiff,      :    04 Civ. 9578 (TPG)

    - against -        :    **OPINION**

VIDESH SANCHAR NIGAM LIMITED,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant has moved for summary judgment dismissing the entire action. In the alternative, defendant moves for partial summary judgment as to certain issues.

The court has had a number of conferences during the pendency of this action and has, of course, reviewed the submissions on the summary judgment motion. The court finds that there are factual issues which prevent the disposition of this case, either in whole or in part, by way of summary judgment. In the interest of providing a prompt ruling in advance of the upcoming trial, the court will not attempt to describe these issues in this opinion. The parties are well aware of them.

Defendant's motion for summary judgment is denied.

SO ORDERED.

Dated:    New York, New York
           December 21, 2007

THOMAS P. GRIESA
U.S.D.J.